■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASHAD HUDYIH, Appellant. [919 NYS2d 870]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 31, 2009 (*People v Hudyih*, 60 AD3d 1084 [2009]), affirming a judgment of the County Court, Westchester County, rendered August 1, 2006.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Dillon, Angiolillo and Florio, JJ., concur.